UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Bert Mangino as Special Administrator to the Estate of GLENN PATRICK GAVIN, Sr.**,<br><br>Plaintiff,<br><br>v.<br><br>**FIRST FOUNDATION, INC. ET AL.**,<br><br>Defendants. | Case No. SACV 16-00268 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated August 11, 2017

Hon. Andrew J. Guilford
United States District Judge